BRYAN KING SHELDON (SB# 116219) bryan.sheldon@lrklawyers.com
NICOLAS ORIHUELA (SB# 221898) nicolas.orihuela@lrklawyers.com
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, Ca 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

JOSEPH H. MELTZER jmeltzer@sbtklaw.com
GERALD D. WELLS, III gwells@sbtklaw.com
ROBERT J. GRAY rgray@sbtklaw.com
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff
JONATHAN CHAET

M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
PIPER JAFFRAY COMPANIES and PIPER JAFFRAY & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHAET, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPER JAFFRAY COMPANIES; PIPER JAFFRAY & CO. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-06-7075 PJH<br><br>Related to *McNerney v. Piper Jaffray & Co.*, Case No. C-06-5155 PJH<br><br>**JOINT STIPULATION TO STAY CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:        March 1, 2007<br>Time:       2:30 p.m.<br>Courtroom: 3<br>Judge:      Hon. Phyllis J. Hamilton |

## **STIPULATION**

The parties in *Chaet v. Piper Jaffray & Co.*, Case No. C-06-7075 PJH, ("*Chaet*"), by and through their counsel of record, stipulate as follows:

Pursuant to the Civil Local Rules for the U.S. District Court of the Northern District of California ("Local Rule"), Rules 6-1 and 6-2, the parties in the above-captioned matter (the "Parties") stipulate and request a court order to stay the scheduled Case Management Conference ("CMC"), from March 1, 2007 to the next available date ordered by the Court after the Parties participate in a scheduled mediation, if the mediation does not result in a final resolution of the matter. At present the Parties have scheduled a mediation proceeding before David Rotman on May 8, 2007.

The Parties filed a Motion to Consider Whether Cases Should be Related ("Relatedness Motion") on February 2, 2007. On February 12, 2007, the Honorable Phyllis J. Hamilton ("Judge Hamilton") ruled that this matter was related to a previously filed case assigned to her, *McNerney v. Piper Jaffray & Co.*, Case No. C-06-5155 PJH ("*McNerney*"). Pursuant to that order this matter was reassigned to Judge Hamilton.

The Parties filed their Joint Case Management Statement ("CMS") on February 22, 2007. In their CMS, the Parties indicated to the Court that they have scheduled a mediation proceeding before David Rotman on May 8, 2007. This mediation will address the claims raised in both the *McNerney* and *Chaet* matters. In the interest of maximizing the likelihood of a meaningful mediation process, the Parties are conferring as to how to best prepare for mediation through the exchange of relevant information and documents. The Parties believe their efforts would be best served by devoting all of their time and resources to fully preparing and pursuing the mediation, including negotiation, review and analysis of produced information and documentation.

1  The Parties believe the requested stay for the CMC will have a minimal effect on the
2  ultimate schedule for the case (the proposed stay is little more than 60 days) and note that the trial
3  date has not been set. The Parties do not want to waste the Court's time and resources, nor incur
4  unnecessary costs for the Parties, by vigorously litigating/prosecuting these actions when there
5  exists a potential for fruitful mediation.

7  Further, in their efforts to minimize the Court's time and resources, the Parties request the
8  Court rule on this Stipulation and Proposed Order on these papers and do not request a hearing.

10  Accordingly, the Parties, by and through their counsel, seek a court order and stipulate, as
11  follows:
12  The Case Management Conference currently scheduled for March 1, 2007, will be
13  stayed until after the Parties have participated in their scheduled mediation on May 8, 2007.

Case No. C-06-7075 PJH                    -2-                    STIPULATION TO EXTEND TIME FOR CMC [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: February 27, 2007 | M. KIRBY C. WILCOX<br>MOLLY A. HARCOS |
| 2 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____/s/_____
       MOLLY A. HARCOS

Attorneys for Defendants
PIPER JAFFRAY COMPANIES and
PIPER JAFFRAY & CO.

DATED: February 27, 2007    BRYAN KING SHELDON
                            NICOLAS ORIHUELA
                            LIM, RUGER & KIM, LLP

By: _____/s/_____
       NICOLAS ORIHUELA

JOSEPH H. MELTZER
GERALD D. WELLS, III
ROBERT J. GRAY
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

Attorneys for Plaintiff
JONATHAN CHAET

Case No. C-06-7075 PJH

-3-

STIPULATION TO EXTEND TIME FOR CMC
[PROPOSED] ORDER

1 **ATTESTATION (GENERAL ORDER 45.X.B.)**

2 I, Nicolas Orihuela, am the ECF user whose ID and password are being used to file this
3 stipulation. I hereby attest that I have obtained concurrence for this filing from Molly Harcos, the
4 other signatory to this stipulation.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **[~~PROPOSE~~D] ORDER**

2 ~~This matter came before the Court for hearing on _____, 2007, at _____ before~~

3 ~~the Honorable Phyllis J. Hamilton.~~  The Court, having considered all papers filed and otherwise

4 being fully informed, and good cause show:

6 IT IS ORDERED THAT the CMC, currently scheduled for March 1, 2007, will be stayed

7 until after the Parties have participated in their scheduled mediation on May 8, 2007.

8 A CASE MANAGEMENT CONFERENCE WILL BE HELD ON MAY 10, 2007 AT 2:30 P.M.

10 DATED: February 27 ___, 2007   _____

11                                                                 HONORABLE PHYLLIS J. HAMILTON
                                                                    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Case No. C-06-7075 PJH                  -5-                    STIPULATION TO EXTEND TIME FOR CMC
                                                                                    [PROPOSED] ORDER