| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com |
|   | MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com |
| 2 | ANDREA M. LINDEMANN (SB# 244937) andrealindemann@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street, Twenty-Fourth Floor |
|   | San Francisco, CA 94105-3441 |
| 4 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | PIPER JAFFRAY COMPANIES and PIPER JAFFRAY & CO. |
| 7 | BRYAN KING SHELDON (SB# 116219) bryan.sheldon@lrklawyers.com |
|   | NICOLAS ORIHUELA (SB# 221898) nicolas.orihuela@lrklawyers.com |
| 8 | LIM, RUGER & KIM, LLP |
|   | 1055 West Seventh Street, Suite 2800 |
| 9 | Los Angeles, Ca  90017 |
|   | Telephone:  (213) 955-9500 |
| 10 | Facsimile:  (213) 955-9511 |
| 11 | JOSEPH H. MELTZER jmeltzer@sbtklaw.com |
|   | GERALD D. WELLS, III gwells@sbtklaw.com |
| 12 | ROBERT J. GRAY rgray@sbtklaw.com |
|   | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 13 | 280 King of Prussia Road |
|   | Radnor, PA  19087 |
| 14 | Telephone:  (610) 667-7706 |
|   | Facsimile:  (610) 667-7056 |
| 15 | |
|   | Attorneys for Plaintiff |
| 16 | JONATHAN CHAET |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHAET, individually, and on behalf of all others similarly situated, | CASE NO.  C-06-7075 PJH |
| Plaintiffs, | **STIPULATION TO REMOVE CASE MANAGEMENT CONFERENCE FROM CALENDAR; [PROPOSED] ORDER** |
| vs. | |
| PIPER JAFFRAY COMPANIES; PIPER JAFFRAY & CO. and DOES 1 through 50, inclusive, | |
| Defendants. | |

| | |
|---|---|
| CASE NO. C-06-7075 PJH | STIPULATION TO EXTEND TIME FOR CMC; [PROPOSED] ORDER |

**STIPULATION**

The parties in *Chaet v. Piper Jaffray & Co.*, Case No. C-06-7075 EMC, ("*Chaet*"), by and through their counsel of record, stipulate as follows:

The parties in the *Chaet* action stipulate and request a court order to remove the Case Management Conference ("CMC"), scheduled for May 10, 2007, from the calendar. The parties entered into mediation on May 8, 2007 and signed a Memorandum of Agreement ("MOA") late in the night on that date. The Memorandum of Agreement became effective at 5:00 p.m. today, May 9, 2007. Pending final approval of the settlement, the parties request the removal of the CMC from the calendar. In the event the Court does not grant final approval of the settlement, the parties stipulate to rescheduling the CMC, after the final settlement hearing, for a date within the discretion of the Court.

Accordingly, the parties, by and through their counsel, seek a court order and stipulate, as follows:

The Case Management Conference currently scheduled for May 10, 2007, will be removed from the calendar.

//
//
//
//
//
//
//
//

CASE NO. C-06-7075 PJH            -1-            STIPULATION TO EXTEND TIME FOR CMC; [PROPOSED] ORDER

1 | DATED:  May 9, 2007 | LIM, RUGER & KIM, LLP

By: _____/s/_____
BRYAN KING SHELDON

Attorneys for Plaintiff JONATHAN CHAET

DATED:  May 9, 2007 | PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
MOLLY A. HARCOS

Attorneys for Defendants PIPER JAFFRAY COMPANIES, PIPER JAFFRAY & CO, and UBS FINANCIAL SERVICES, INC.

CASE NO.  C-06-7075 PJH      -2-      STIPULATION TO EXTEND TIME FOR CMC; [PROPOSED] ORDER

1

**[~~PROPOSED~~] ORDER**

The Court, having good cause shown, orders that the CMC, currently scheduled for May 10, 2007, will be removed from the calendar.

DATED: __05/10/07__, 2007

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton signature]*

LEGAL_US_E # 75097155.1